# EXHIBIT A

## Budget

# CCS Medical, Inc.
## Cash Flow Projections

| | Projected 7/10/2008 | Projected 7/17/2008 | Projected 7/24/2008 | Projected 7/31/2008 | Projected 8/7/2008 | Projected 8/14/2008 | Projected 8/21/2008 | Projected 8/28/2008 | Projected 9/4/2008 | Projected 9/11/2008 | Projected 9/18/2008 | Projected 9/25/2008 | Projected 10/2/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | |
| Medicare | 3,237,884 | 3,036,401 | 2,789,880 | 3,149,482 | 3,207,608 | 3,280,922 | 3,089,724 | 3,218,131 | 3,293,989 | 3,189,653 | 3,163,032 | 3,109,669 | 3,086,884 |
| Medicaid | 552,083 | 502,038 | 459,911 | 520,741 | 530,521 | 542,844 | 644,102 | 535,957 | 544,907 | 827,951 | 623,143 | 514,322 | 510,834 |
| Commercial Insurance | 4,484,520 | 4,079,037 | 3,735,688 | 4,230,031 | 4,309,460 | 4,407,967 | 4,418,782 | 4,350,452 | 4,425,912 | 4,285,316 | 4,249,669 | 4,177,676 | 4,145,548 |
| Patient Pay | 118,910 | 108,131 | 99,058 | 112,189 | 114,298 | 116,873 | 117,191 | 115,353 | 117,343 | 113,626 | 112,678 | 110,777 | 110,026 |
| Checks | 118,910 | 108,131 | 99,058 | 112,189 | 114,298 | 116,873 | 117,191 | 115,353 | 117,343 | 113,626 | 112,678 | 110,777 | 110,026 |
| Credit Cards | | | | | | | | | | | | | |
| Samples | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 |
| Other Cash Receipts | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| **Total Cash Receipts** | 9,023,597 | 8,253,568 | 7,605,547 | 8,841,464 | 8,691,855 | 8,878,403 | 8,500,799 | 8,783,483 | 8,911,651 | 8,848,188 | 8,578,427 | 8,442,844 | 8,368,992 |
| **Operating Cash Disbursements** | | | | | | | | | | | | | |
| **Payroll, Related Benefits, Taxes** | | | | | | | | | | | | | |
| Salary (hourly, overtime, temps) | 30,000 | 1,880,000 | 30,000 | 2,340,000 | 30,000 | 2,000,000 | 30,000 | 2,340,000 | 30,000 | 2,000,000 | 30,000 | 2,340,000 | 30,000 |
| Taxes | | 700,000 | | 550,000 | | 710,000 | | 950,000 | | 710,000 | | 950,000 | |
| **Benefits** | | | | | | | | | | | | | |
| 401K | 210,000 | 210,000 | 140,000 | 210,000 | 190,000 | 210,000 | 150,000 | 255,000 | 190,000 | 210,000 | 155,000 | | 190,000 |
| Health, Dental | 10,000 | 10,000 | 285,000 | 10,000 | 295,000 | 10,000 | 210,000 | 10,000 | 285,000 | 10,000 | 210,000 | 285,000 | 295,000 |
| Life, STD, LTD, Vision, Fax | 250,000 | 2,900,000 | 10,000 | 10,000 | 80,000 | 10,000 | 10,000 | 10,000 | 90,000 | 10,000 | 10,000 | 10,000 | 100,000 |
| **Total Payroll, Related Benefits, Taxes** | 250,000 | 2,900,000 | 435,000 | 3,510,000 | 695,000 | 2,820,000 | 400,000 | 3,665,000 | 595,000 | 2,830,000 | 400,000 | 3,545,000 | 815,000 |
| **Rent & Facilities** | | | | | | | | | | | | | |
| Rent | 250,000 | 40,000 | 275,000 | 6,000 | 200,000 | 30,000 | 40,000 | 275,000 | 6,000 | 33,000 | 40,000 | 275,000 | 6,000 |
| Utilities, Phone | 40,000 | 40,000 | 30,000 | 30,000 | 55,000 | 30,000 | 40,000 | 30,000 | 200,000 | 30,000 | 40,000 | 30,000 | 220,000 |
| **Total Rent & Facilities** | 290,000 | 40,000 | 305,000 | 36,000 | 230,000 | 30,000 | 40,000 | 305,000 | 296,000 | 30,000 | 40,000 | 305,000 | 236,000 |
| **Vendors** | | | | | | | | | | | | | |
| AmeriSourceBergen | 1,700,000 | 1,950,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,650,000 | 1,650,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 |
| Medtronic/Minimed | 1,640,000 | 2,200,000 | 825,000 | 1,000,000 | 880,000 | 950,000 | 850,000 | 825,000 | 875,000 | 1,450,000 | 1,250,000 | 1,250,000 | 1,250,000 |
| Roche | 490,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 |
| J&J/LifeScan | 1,100,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 |
| Abbott | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| Bayer | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 |
| Independence Medical | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 |
| Inhalsin | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| Nova Biomedical | | | | | | | | | | | | | |
| Animas Diabetes | 400,000 | 635,000 | 435,000 | 380,000 | 380,000 | 400,000 | 400,000 | 400,000 | 400,000 | 420,000 | 400,000 | 400,000 | 400,000 |
| UPS/USPS | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 |
| Other | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 |
| | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 |
| **Total Vendors (Product Supply)** | 5,680,000 | 7,165,000 | 6,795,000 | 6,820,000 | 5,700,000 | 5,790,000 | 5,690,000 | 5,765,000 | 5,715,000 | 6,290,000 | 6,190,000 | 6,090,000 | 6,090,000 |
| **Other Vendors/Expenses** | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | |
| Legal | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Audit, Tax | | | | | | | | | | | | | |
| Capital Expenditures, Excluding Capitalized Pumps | 785,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Other, net of voids | 650,000 | 800,000 | 800,000 | 680,000 | 790,000 | 680,000 | 680,000 | 680,000 | 760,000 | 860,000 | 860,000 | 860,000 | 860,000 |
| **Total Other Vendors/Expenses** | 1,485,000 | 870,000 | 870,000 | 720,000 | 820,000 | 720,000 | 570,000 | 570,000 | 820,000 | 720,000 | 570,000 | 570,000 | 720,000 |
| **Total Operating Cash Disbursements** | 8,695,000 | 10,675,000 | 7,105,000 | 10,086,000 | 7,335,000 | 9,470,000 | 6,700,000 | 10,195,000 | 7,346,000 | 8,870,000 | 7,260,000 | 10,520,000 | 7,861,000 |
| **Operating Cash Flows** | 328,597 | (2,421,332) | 500,547 | (1,584,596) | 1,366,856 | (591,597) | 2,200,799 | (1,425,507) | 1,566,651 | (1,323,834) | 1,378,427 | (2,077,356) | 727,992 |
| **Non-Operating Cash Disbursements** | | | | | | | | | | | | | |
| Restructuring Expenses | 483,000 | 715,000 | 70,000 | 520,000 | 220,000 | 950,000 | 70,000 | 470,000 | 220,000 | 700,000 | 70,000 | 420,000 | 220,000 |
| Non Recurring Legal | | 300,000 | | | | 300,000 | | | | 300,000 | 450,000 | | |
| Non Recurring Expenses | | | | | | | | | | | | | |
| Revolving Line of Credit, (Increase) Decrease | | | | | | | | | | | | | |
| Term Loan Principal Payment | | | | | | | | | | | | | |
| Interest and Fees, Lender | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total Non-Operating Cash Disbursements** | 483,000 | 1,015,000 | 70,000 | 520,000 | 220,000 | 1,250,000 | 70,000 | 470,000 | 220,000 | 1,000,000 | 520,000 | 420,000 | 220,000 |
| DIP Financing | | 6,000,000 | | | | | | | | | | | |
| Interest and Fees, Lender - DIP/New Financing | | 750,000 | | | 5,000,000 | 59,375 | | | | 91,667 | | | |
| **DIP Cash Receipts/(Disbursements)** | | 4,250,000 | | | 5,000,000 | (59,375) | | | | (91,667) | | | |
| **Net Cash Flow** | (154,403) | 813,668 | 430,547 | (2,064,596) | 6,146,856 | (1,900,972) | 2,130,799 | (1,895,507) | 1,346,651 | (2,415,501) | 858,427 | (2,497,356) | 507,992 |
| Opening Cash Balance | 18,466,887 | 18,312,484 | 19,126,152 | 19,556,699 | 17,492,103 | 23,638,958 | 21,737,986 | 23,868,785 | 21,973,278 | 23,319,929 | 20,903,427 | 21,761,854 | 19,264,498 |
| Net Cash Flow | (154,403) | 813,668 | 430,547 | (2,064,596) | 6,146,856 | (1,900,972) | 2,130,799 | (1,895,507) | 1,346,651 | (2,415,501) | 858,427 | (2,497,356) | 507,992 |
| **Ending Operating Cash Balance** | 18,312,484 | 19,126,152 | 19,556,699 | 17,492,103 | 23,638,958 | 21,737,986 | 23,868,785 | 21,973,278 | 23,319,929 | 20,903,427 | 21,761,854 | 19,264,498 | 19,772,490 |
| Operating Cash Float | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 |
| **Projected Float** | 22,412,484 | 23,226,152 | 23,656,699 | 21,592,103 | 27,738,959 | 25,837,986 | 27,968,785 | 26,073,278 | 27,419,929 | 25,003,427 | 25,861,854 | 23,364,498 | 23,872,490 |
| Ending Cash Balance - Bank | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 |
| **Key Financials:** | | | | | | | | | | | | | |
| Cash Receipts | 9,023,597 | 8,253,568 | 7,605,547 | 8,841,464 | 8,691,855 | 8,878,403 | 8,500,799 | 8,783,483 | 8,911,651 | 8,848,188 | 8,578,427 | 8,442,844 | 8,368,992 |
| Operating Cash Disbursements | 8,695,000 | 10,675,000 | 7,105,000 | 10,086,000 | 7,325,000 | 9,470,000 | 6,700,000 | 10,165,000 | 7,346,000 | 8,970,000 | 7,200,000 | 10,520,000 | 7,861,000 |
| Non-Operating Cash Disbursements | 483,000 | 1,015,000 | 70,000 | 520,000 | 220,000 | 1,250,000 | 70,000 | 470,000 | 220,000 | 1,000,000 | 520,000 | 420,000 | 220,000 |
| **Total Cash Disbursements** | 9,178,000 | 11,690,000 | 7,175,000 | 10,606,000 | 7,545,000 | 10,720,000 | 6,770,000 | 10,665,000 | 7,566,000 | 10,970,000 | 7,720,000 | 10,940,000 | 7,081,000 |

CCS Medical, Inc.
Cash Flow Projections

| | Projected 1 7/10/2009 | Projected 2 7/17/2009 | Projected 3 7/24/2009 | Projected 4 7/31/2009 | Projected 5 8/7/2009 | Projected 6 8/14/2009 | Projected 7 8/21/2009 | Projected 8 8/28/2009 | Projected 9 9/4/2009 | Projected 10 9/11/2009 | Projected 11 9/18/2009 | Projected 12 9/25/2009 | Projected 13 10/2/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Covenant Calculation | | | | | | | | | | | | | |
| Cash Receipts | | | | | | | | | | | | | |
| 4-Week Cash Receipts* | | 8,253,568 | 15,859,215 | 24,400,619 | 33,092,474 | 33,717,206 | 35,012,461 | 35,240,550 | 35,460,346 | 35,226,109 | 34,905,736 | 34,578,887 | 34,056,228 |
| Cushion (%) | | 30% | 20% | 20% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| 4-Week Cash Receipts - Covenant | | 5,777,987 | 12,687,372 | 19,520,495 | 29,783,227 | 30,345,485 | 31,511,215 | 31,716,495 | 31,914,311 | 31,705,298 | 31,415,163 | 31,120,998 | 30,650,605 |
| Cash Receipt Cushion ($) | | 2,476,100 | 3,171,843 | 4,880,124 | 3,309,247 | 3,371,721 | 3,501,246 | 3,524,055 | 3,546,035 | 3,522,611 | 3,490,574 | 3,457,889 | 3,405,623 |
| Cash Disbursements | | | | | | | | | | | | | |
| 4-Week Total Cash Disbursements* | | 11,890,000 | 18,865,000 | 29,471,000 | 37,018,000 | 36,046,000 | 35,641,000 | 35,700,000 | 35,721,000 | 35,971,000 | 36,921,000 | 37,195,000 | 37,511,000 |
| Cushion (%) | | 30% | 20% | 20% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| 4-Week Cash Disbursements - Covenant | | 15,197,000 | 22,638,000 | 35,365,200 | 40,717,800 | 39,650,600 | 39,205,100 | 39,270,000 | 39,293,100 | 39,568,100 | 40,613,100 | 40,915,600 | 41,262,100 |
| Operating Disbursement Cushion ($) | | 3,307,000 | 3,773,000 | 5,894,200 | 3,701,800 | 3,604,600 | 3,564,100 | 3,570,000 | 3,572,100 | 3,597,100 | 3,692,100 | 3,719,600 | 3,751,100 |
| Ending Cash Balance | | | | | | | | | | | | | |
| Ending Cash Balance | | 19,126,152 | 19,556,699 | 17,492,103 | 23,638,958 | 21,717,986 | 23,868,785 | 21,973,278 | 23,318,929 | 20,903,427 | 21,761,854 | 19,284,488 | 18,772,490 |
| Cushion ($) | | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 |
| Ending Cash Balance - Covenant | | 13,126,152 | 13,556,698 | 11,492,103 | 17,638,958 | 15,737,986 | 17,868,785 | 16,873,278 | 17,318,929 | 14,903,427 | 15,761,854 | 13,284,488 | 12,772,490 |

*For first four periods, cumulative build begins with week one.
Note: Disbursements exclude cash items from DIP financing.

# CCS Medical, Inc.
# Cash Flow Projections

| | Projected 10/9/2009 | Projected 10/16/2009 | Projected 10/23/2009 | Projected 10/30/2009 | Projected 11/6/2009 | Projected 11/13/2009 | Projected 11/20/2009 | Projected 11/27/2009 | Projected 12/4/2009 | Projected 12/11/2009 | Projected 12/18/2009 | Projected 12/25/2009 | Projected 1/1/2010 | 13 Week Actual | Projected Weeks 1-13 Projection | Projected Weeks 14-26 Projection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | | |
| **Cash Receipts** | | | | | | | | | | | | | | | | |
| Medicare | 3,085,345 | 3,086,416 | 3,085,900 | 3,103,233 | 3,103,191 | 3,124,172 | 3,172,170 | 3,239,016 | 3,260,130 | 3,235,000 | 3,172,288 | 2,483,552 | 2,628,940 | 44,542,970 | 41,163,859 | 39,785,143 |
| Medicaid | 510,398 | 510,476 | 511,197 | 613,267 | 613,228 | 614,721 | 624,658 | 635,716 | 539,207 | 535,044 | 534,478 | 410,666 | 434,465 | 7,005,977 | 6,908,272 | 6,500,240 |
| Commercial Insurance | 4,146,003 | 4,146,834 | 4,156,556 | 4,169,229 | 4,169,682 | 4,197,380 | 4,261,847 | 4,351,654 | 4,390,023 | 4,346,348 | 4,262,906 | 3,335,875 | 3,623,189 | 59,134,045 | 55,304,117 | 53,451,795 |
| Patient Pay | | | | | | | | | | | | | | | | |
| Checks | 109,832 | 109,949 | 110,212 | 110,212 | 110,648 | 110,543 | 111,284 | 113,004 | 115,386 | 116,137 | 116,246 | 113,008 | 68,451 | 1,681,881 | 1,466,397 | 1,417,282 |
| Credit Cards | 109,832 | 109,949 | 110,212 | 110,212 | 110,648 | 110,543 | 111,284 | 113,004 | 115,386 | 116,137 | 116,246 | 113,008 | 92,577 | 326,044 | 1,466,397 | 1,417,282 |
| | | | | | | | | | | | | | | 1,365,538 | | |
| Bayosta | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 8,057,196 | 6,110,000 | 6,110,000 |
| Other Cash Receipts | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 80,000 | 80,000 | 80,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 2,287,033 | 780,000 | 780,000 |
| **Total Cash Receipts** | **8,582,278** | **8,393,474** | **8,493,266** | **8,428,266** | **8,435,832** | **8,479,546** | **8,601,680** | **6,771,769** | **8,826,497** | **8,766,767** | **8,661,879** | **6,847,945** | **7,314,071** | **121,500,904** | **111,532,644** | **109,124,461** |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | | | |
| Payroll, Related Benefits, Taxes | | | | | | | | | | | | | | | | |
| Salary (hourly, overtime, temps) | 2,800,000 | | 2,340,000 | | 2,000,000 | | 2,340,000 | | 2,000,000 | | 2,340,000 | | 2,000,000 | 15,063,471 | 13,210,000 | 15,200,000 |
| Taxes | 710,000 | | 950,000 | | 710,000 | | 950,000 | | 710,000 | | 950,000 | | 710,000 | 5,881,334 | 4,970,000 | 5,890,000 |
| Benefits | | | | | | | | | | | | | | | | |
| 401K | | 150,000 | | 150,000 | | 150,000 | | 190,000 | | 150,000 | | 190,000 | | 1,113,920 | 1,010,000 | 1,020,000 |
| Health, Dental | 210,000 | 210,000 | 210,000 | 210,000 | 295,000 | 210,000 | 210,000 | 275,000 | 295,000 | 210,000 | 210,000 | 210,000 | 210,000 | 2,631,097 | 3,120,000 | 2,900,000 |
| Life, STD, LTD, Vision, Flex | 10,000 | 10,000 | 10,000 | 10,000 | 100,000 | 10,000 | 10,000 | 10,000 | 100,000 | 10,000 | 10,000 | 10,000 | 10,000 | 348,270 | 380,000 | 310,000 |
| **Total Payroll, Related Benefits, Taxes** | **2,830,000** | **400,000** | **3,510,000** | **440,000** | **3,105,000** | **400,000** | **3,510,000** | **440,000** | **3,105,000** | **400,000** | **3,510,000** | **440,000** | **2,930,000** | **24,536,092** | **22,690,000** | **25,120,000** |
| Rent & Facilities | | | | | | | | | | | | | | | | |
| Rent | 30,000 | 30,000 | 275,000 | 6,000 | 210,000 | 30,000 | 40,000 | 275,000 | 6,000 | 30,000 | 40,000 | 275,000 | 6,000 | 750,812 | 543,000 | 843,000 |
| Utilities, Phone | 30,000 | 30,000 | 40,000 | 30,000 | 30,000 | 30,000 | 40,000 | 30,000 | 230,000 | 30,000 | 40,000 | 30,000 | 30,000 | 724,798 | 1,210,000 | 800,000 |
| **Total Rent & Facilities** | **30,000** | **30,000** | **315,000** | **36,000** | **210,000** | **30,000** | **40,000** | **305,000** | **236,000** | **30,000** | **40,000** | **305,000** | **36,000** | **1,515,508** | **2,053,000** | **1,643,000** |
| Vendors | | | | | | | | | | | | | | | | |
| AmerisourceBergen | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 1,550,000 | 19,813,359 | 20,150,000 | 20,150,000 |
| Medtronic/Minimed | 1,250,000 | 1,250,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 1,350,000 | 15,981,097 | 15,540,000 | 17,150,000 |
| Roche | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 340,000 | 3,681,959 | 4,570,000 | 4,420,000 |
| J&J/LifeScan | 860,000 | 860,000 | 850,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 860,000 | 850,000 | 850,000 | 850,000 | 850,000 | 10,227,340 | 11,460,000 | 11,180,000 |
| Abbott | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 1,491,567 | 1,560,000 | 1,560,000 |
| Bayer | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 245,000 | 2,655,877 | 3,185,000 | 3,185,000 |
| Independence Medical | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 618,758 | 715,000 | 715,000 |
| Hollister | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 1,617,488 | 1,580,000 | 1,560,000 |
| Novo Medical | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 | 6,253,002 | 4,570,000 | 5,200,000 |
| Animas Diabetes | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 1,573,849 | 1,885,000 | 1,885,300 |
| UPS/USPS | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 370,000 | 4,497,192 | 4,810,000 | 4,810,000 |
| Other | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 635,000 | 7,658,246 | 6,255,000 | 6,255,000 |
| **Total Vendors (Product Supply)** | **6,090,000** | **6,090,000** | **6,140,000** | **6,140,000** | **6,140,000** | **6,140,000** | **6,190,000** | **6,190,000** | **6,190,000** | **6,190,000** | **6,190,000** | **6,190,000** | **6,190,000** | **76,195,823** | **78,780,000** | **80,070,000** |
| Other Vendors/Expenses | | | | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | | | | |
| Legal | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 223,948 | 650,000 | 650,000 |
| Audit, Tax | | | | | | | | | | | | | | 35,724 | | |
| Capital Expenditures, Excluding Capitalized Pymnts | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 944,407 | 1,025,000 | 260,000 |
| Other, net of voids | 750,000 | 500,000 | 600,000 | 700,000 | 750,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 7,397,913 | 7,750,000 | 9,000,000 |
| **Total Other Vendors/Expenses** | **820,000** | **570,000** | **670,000** | **770,000** | **820,000** | **770,000** | **770,000** | **770,000** | **770,000** | **770,000** | **770,000** | **770,000** | **770,000** | **8,601,492** | **9,425,000** | **9,910,000** |
| **Total Operating Cash Disbursements** | **9,870,000** | **7,190,000** | **10,635,000** | **7,386,000** | **10,275,000** | **7,340,000** | **10,510,000** | **7,705,000** | **10,301,000** | **7,390,000** | **10,510,000** | **7,705,000** | **9,926,000** | **111,138,916** | **112,948,000** | **116,743,000** |
| **Operating Cash Flows** | (1,487,722) | 1,193,474 | (2,232,734) | 1,040,265 | (1,849,068) | 1,139,546 | (1,908,320) | 1,066,769 | (1,475,503) | 1,371,767 | (1,908,021) | (857,055) | (2,711,929) | 10,161,189 | (1,315,356) | (8,618,539) |
| **Non-Operating Cash Disbursements** | | | | | | | | | | | | | | | | |
| Restructuring Expenses | 500,000 | 370,000 | 70,000 | 230,000 | 300,000 | | | | | | | | | 8,293,733 | 5,108,000 | 1,160,000 |
| Non-Recurring Legal | 300,000 | | | | | | | | 300,000 | | | | | 1,095,552 | 900,000 | 900,000 |
| Non-Recurring Expenses | | | | | | | | | | | | | | 474,912 | 450,000 | |
| Pending Line of Credit, (Increase) Decrease | | | | | | | | | | | | | | | | |
| Term Loan Principal Payment | | | | | | | | | | | | | | | | |
| Interest and Fees, Lender | | | | | | | | | | | | | | 226,547 | | |
| Other | | | | | | | | | | | | | | | | |
| **Total Non-Operating Cash Disbursements** | **800,000** | **370,000** | **70,000** | **230,000** | **300,000** | | | | **300,000** | | | | | **10,090,745** | **6,458,000** | **2,060,000** |
| **DIP Financing** | | | | | | | | | | | | | | | | |
| Interest and Fees, Lender - DIP/New Financing | 91,667 | | | | | 795,833 | | | | | | | | | 10,000,000 | |
| **DIP Cash Receipts/(Disbursements)** | (91,667) | | | | | (795,833) | | | | | | | | | 9,098,958 | 837,500 |
| **Net Cash Flow** | (2,379,389) | 823,474 | (2,302,734) | 820,265 | (2,944,901) | 1,139,546 | (1,908,320) | 1,066,769 | (1,775,503) | 1,371,767 | (1,908,021) | (857,055) | (2,711,929) | 70,444 | 1,325,602 | (11,566,039) |
| Opening Cash Balance | 19,772,490 | 17,393,101 | 18,216,575 | 15,913,840 | 16,813,840 | 13,714,107 | 14,929,752 | 13,020,431 | 13,987,201 | 14,097,201 | 12,311,698 | 13,893,456 | 11,775,434 | 10,918,378 | | |
| Net Cash Flow | (2,379,389) | 823,474 | (2,302,734) | 820,266 | (2,944,901) | 1,139,546 | (1,908,320) | 1,066,769 | (1,775,503) | 1,371,767 | (1,908,021) | (857,055) | (2,711,929) | (2,711,929) | | |
| **Ending Operating Cash Balance** | **17,393,101** | **18,216,575** | **15,913,840** | **16,734,107** | **13,769,206** | **14,928,752** | **13,020,431** | **14,087,201** | **12,311,698** | **13,683,465** | **11,775,434** | **10,918,379** | **8,206,450** | | | |
| **Operating Cash Float** | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | | | |
| **Ending Cash Balance - Bank** | **21,493,101** | **22,316,575** | **20,013,840** | **20,834,107** | **17,869,206** | **19,028,752** | **17,120,431** | **18,187,201** | **16,411,698** | **17,783,465** | **15,874,434** | **15,018,379** | **12,306,450** | | | |
| Projected Float | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | | | |
| **Key Financials:** | | | | | | | | | | | | | | | | |
| Cash Receipts | 8,382,278 | 8,393,474 | 8,493,266 | 8,428,266 | 8,435,832 | 8,479,546 | 8,601,680 | 6,771,769 | 8,826,497 | 8,766,767 | 8,661,879 | 6,847,945 | 7,314,071 | | | |
| Operating Cash Disbursements | 9,870,000 | 7,190,000 | 10,635,000 | 7,386,000 | 10,275,000 | 7,340,000 | 10,510,000 | 7,705,000 | 10,301,000 | 7,390,000 | 10,510,000 | 7,705,000 | 9,926,000 | 6,847,945 | | |
| Non-Operating Cash Disbursements | 800,000 | 370,000 | 70,000 | 220,000 | 300,000 | | | | 300,000 | | | | | 7,705,000 | | |
| **Total Cash Disbursements** | **10,670,000** | **7,560,000** | **10,705,000** | **7,606,000** | **10,575,000** | **7,340,000** | **10,510,000** | **7,705,000** | **10,601,000** | **7,390,000** | **10,510,000** | **7,705,000** | **9,926,000** | | | |

CCS Medical, Inc.
Cash Flow Projections

| Covenant Calculation | Projected 14 10/9/2009 | Projected 15 10/16/2009 | Projected 16 10/23/2009 | Projected 17 10/30/2009 | Projected 18 11/6/2009 | Projected 19 11/13/2009 | Projected 20 11/20/2009 | Projected 21 11/27/2009 | Projected 22 12/4/2009 | Projected 23 12/11/2009 | Projected 24 12/18/2009 | Projected 25 12/25/2009 | Projected 26 1/1/2010 | 13 Week Actual | Projected Weeks 1-13 Projection | Projected Weeks 14-26 Projection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | | | |
| 4-Week Cash Receipts* | 33,792,340 | 33,597,388 | 33,557,010 | 33,594,284 | 33,637,638 | 33,734,010 | 33,838,424 | 34,278,927 | 34,678,493 | 34,980,703 | 34,981,003 | 33,037,178 | 31,425,752 | | | |
| Cushion (%) | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | | | |
| 4-Week Cash Receipts - Covenant | 30,413,106 | 30,237,649 | 30,201,309 | 30,234,856 | 30,274,144 | 30,360,609 | 30,549,082 | 30,851,034 | 31,210,643 | 31,484,633 | 31,464,902 | 29,733,461 | 28,283,177 | | | |
| Cash Receipt Cushion ($) | 3,379,234 | 3,359,739 | 3,355,701 | 3,359,428 | 3,363,794 | 3,373,401 | 3,393,342 | 3,427,893 | 3,467,849 | 3,498,070 | 3,498,100 | 3,303,718 | 3,142,575 | | | |
| **Cash Disbursements** | | | | | | | | | | | | | | | | |
| 4-Week Total Cash Disbursements* | 37,211,000 | 37,051,000 | 36,816,000 | 36,541,000 | 36,446,000 | 36,226,000 | 36,031,000 | 36,130,000 | 36,156,000 | 36,206,000 | 36,206,000 | 36,206,000 | 35,531,000 | | | |
| Cushion (%) | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | | | |
| 4-Week Cash Disbursements - Covenant | 40,932,100 | 40,756,100 | 40,497,600 | 40,195,100 | 40,090,600 | 39,848,600 | 39,634,100 | 39,743,000 | 39,771,600 | 39,826,600 | 39,826,600 | 39,826,600 | 39,084,100 | | | |
| Operating Disbursement Cushion ($) | 3,721,100 | 3,705,100 | 3,681,600 | 3,654,100 | 3,644,600 | 3,622,600 | 3,603,100 | 3,613,000 | 3,615,600 | 3,620,600 | 3,620,600 | 3,620,600 | 3,553,100 | | | |
| **Ending Cash Balance** | | | | | | | | | | | | | | | | |
| Ending Cash Balance | 17,383,101 | 18,216,575 | 15,913,840 | 18,734,107 | 13,788,206 | 14,928,752 | 13,020,431 | 14,087,201 | 12,311,698 | 13,683,455 | 11,775,434 | 10,918,379 | 8,206,450 | | | |
| Cushion ($) | 6,000,000 | 6,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | | | |
| Ending Cash Balance - Covenant | 11,383,101 | 12,216,575 | 10,913,840 | 11,734,107 | 8,788,206 | 9,928,752 | 8,020,431 | 9,087,201 | 7,311,698 | 8,683,455 | 6,775,434 | 5,918,379 | 3,206,450 | | | |

* For first four periods, cumulative build begins with week one. Note: Disbursements exclude cash items from DIP financing.