# EXHIBIT A

CCS Medical, Inc.
Cash Flow Projections

| | Projected 1 7/10/2009 | Projected 2 7/17/2009 | Projected 3 7/24/2009 | Projected 4 7/31/2009 | Projected 5 8/7/2009 | Projected 6 8/14/2009 | Projected 7 8/21/2009 | Projected 8 8/28/2009 | Projected 9 9/4/2009 | Projected 10 9/11/2009 | Projected 11 9/18/2009 | Projected 12 9/25/2009 | Projected 13 10/2/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | |
| Medicare | 3,337,984 | 3,035,401 | 2,756,690 | 3,145,482 | 3,207,500 | 3,289,922 | 3,289,724 | 3,236,121 | 3,293,889 | 3,169,853 | 3,163,032 | 3,103,669 | 3,066,584 |
| Medicaid | 562,083 | 502,036 | 459,911 | 520,741 | 530,521 | 542,846 | 544,102 | 536,667 | 544,807 | 527,551 | 523,148 | 514,322 | 510,834 |
| Commercial Insurance | 4,464,520 | 4,076,697 | 3,735,189 | 4,230,021 | 4,309,460 | 4,407,957 | 4,415,782 | 4,350,452 | 4,425,512 | 4,285,335 | 4,249,569 | 4,177,876 | 4,149,548 |
| Patient Pay | 116,910 | 108,131 | 99,068 | 112,160 | 114,298 | 116,478 | 117,191 | 115,353 | 117,343 | 113,626 | 112,678 | 110,777 | 110,026 |
| Checks | 116,910 | 108,131 | 99,068 | 112,160 | 114,296 | 116,478 | 117,191 | 115,353 | 117,343 | 113,626 | 112,676 | 110,777 | 110,026 |
| Credit Cards | | | | | | | | | | | | | |
| Sanvita | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 |
| Other Cash Receipts | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| **Total Cash Receipts** | 9,023,597 | 8,253,668 | 7,605,547 | 8,541,404 | 8,691,855 | 8,876,403 | 8,900,799 | 8,769,493 | 8,911,651 | 8,646,166 | 8,578,427 | 8,442,644 | 8,388,992 |
| **Operating Cash Disbursements** | | | | | | | | | | | | | |
| Payroll, Related Benefits, Taxes | | | | | | | | | | | | | |
| Salary (hourly, overtime, temps) | 30,000 | 1,980,000 | 30,000 | 2,340,000 | 30,000 | 2,000,000 | 30,000 | 2,340,000 | 30,000 | 2,000,000 | 30,000 | 2,340,000 | 30,000 |
| Taxes | | 700,000 | | 950,000 | | 710,000 | | 950,000 | | 710,000 | | 950,000 | |
| Benefits | | | | | | | | | | | | | |
| 401K | | | | | | | | | | | | | |
| Health, Dental | 210,000 | 210,000 | 140,000 | 210,000 | 190,000 | 210,000 | 150,000 | 255,000 | 190,000 | 210,000 | 150,000 | 265,000 | 190,000 |
| Life, STD, LTD, Vision, Flex | 10,000 | 10,000 | 255,000 | 10,000 | 295,000 | 10,000 | 210,000 | 10,000 | 295,000 | 10,000 | 210,000 | 10,000 | 295,000 |
| | | | 10,000 | | 90,000 | 10,000 | 10,000 | 10,000 | 90,000 | 10,000 | 10,000 | | 100,000 |
| Total Payroll, Related Benefits, Taxes | 250,000 | 2,900,000 | 435,000 | 3,510,000 | 605,000 | 2,930,000 | 400,000 | 3,565,000 | 605,000 | 2,930,000 | 400,000 | 3,565,000 | 615,000 |
| Rent & Facilities | | | | | | | | | | | | | |
| Rent | | | 275,000 | 6,000 | | | | 276,000 | 6,000 | | | 275,000 | 6,000 |
| Utilities, Phone | 250,000 | 40,000 | 30,000 | 30,000 | 200,000 | 30,000 | 40,000 | 30,000 | 200,000 | 30,000 | 40,000 | 30,000 | 230,000 |
| Total Rent & Facilities | 250,000 | 40,000 | 305,000 | 36,000 | 200,000 | 30,000 | 40,000 | 305,000 | 205,000 | 30,000 | 40,000 | 305,000 | 235,000 |
| Total Vendors (Product Supply) | 8,680,000 | 7,985,000 | 5,795,000 | 5,820,000 | 5,700,000 | 5,790,000 | 5,690,000 | 5,765,000 | 5,715,000 | 6,290,000 | 6,190,000 | 6,090,000 | 6,090,000 |
| Other Vendors/Expenses | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | |
| Legal | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Audit, Tax | | 20,000 | 20,000 | 20,000 | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Capital Expenditures, Excluding Capitalized Pumps | 745,000 | 500,000 | 500,000 | 650,000 | 750,000 | 650,000 | 500,000 | 500,000 | 750,000 | 650,000 | 500,000 | 500,000 | 650,000 |
| Other, net of voids | 650,000 | 570,000 | 570,000 | 720,000 | 820,000 | 720,000 | 670,000 | 570,000 | 820,000 | 720,000 | 570,000 | 570,000 | 720,000 |
| Total Other Vendors/Expenses | 1,485,000 | | | | | | | | | | | | |
| **Total Operating Cash Disbursements** | 8,695,000 | 10,675,000 | 7,105,000 | 10,086,000 | 7,325,000 | 9,470,000 | 6,700,000 | 10,195,000 | 7,345,000 | 9,970,000 | 7,200,000 | 10,520,000 | 7,661,000 |
| **Operating Cash Flows** | 328,597 | (2,421,332) | 500,547 | (1,544,596) | 1,366,855 | (591,597) | 2,200,799 | (1,425,507) | 1,565,651 | (1,323,834) | 1,378,427 | (2,077,356) | 727,992 |
| **Non-Operating Cash Disbursements** | | | | | | | | | | | | | |
| Restructuring Expenses | 463,000 | 715,000 | 70,000 | 520,000 | 220,000 | 950,000 | 70,000 | 470,000 | 220,000 | 700,000 | 70,000 | 420,000 | 220,000 |
| Non Recurring Legal | | 300,000 | | | | 300,000 | | | | 300,000 | | | |
| Non Recurring Expenses | | | | | | | | | | | | | |
| Revolving Line of Credit, (Increase) Decrease | | | | | | | | | | | 450,000 | | |
| Term Loan Principal Payment | | | | | | | | | | | | | |
| Interest and Fees, Lender | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | |
| **Total Non-Operating Cash Disbursements** | 463,000 | 1,015,000 | 70,000 | 520,000 | 220,000 | 1,250,000 | 70,000 | 470,000 | 220,000 | 1,000,000 | 520,000 | 420,000 | 220,000 |
| DIP Financing | | 5,000,000 | | | 5,000,000 | | | | | | | | |
| Interest and Fees, Lender - DIP/New Financing | | 750,000 | | | | 59,375 | | | | 91,667 | | | |
| **DIP Cash Receipts/(Disbursements)** | | 4,250,000 | | | 5,000,000 | (59,375) | | | | (91,667) | | | |
| Net Cash Flow | (134,403) | 813,668 | 430,547 | (2,064,596) | 6,146,855 | (1,900,972) | 2,130,799 | (1,895,507) | 1,345,651 | (2,415,501) | 858,427 | (2,497,356) | 507,992 |
| Opening Cash Balance | 18,446,837 | 18,312,464 | 19,126,152 | 19,556,699 | 17,492,103 | 23,638,958 | 21,737,986 | 23,868,785 | 21,973,278 | 23,318,929 | 20,903,427 | 21,761,854 | 19,264,498 |
| Net Cash Flow | (134,403) | 813,668 | 430,547 | (2,064,596) | 6,146,855 | (1,900,972) | 2,130,799 | (1,895,507) | 1,345,651 | (2,415,501) | 858,427 | (2,497,356) | 507,992 |
| **Ending Operating Cash Balance** | 18,312,464 | 19,126,152 | 19,556,699 | 17,492,103 | 23,638,958 | 21,737,986 | 23,868,785 | 21,973,278 | 23,318,929 | 20,903,427 | 21,761,854 | 19,264,498 | 19,772,490 |
| Operating Cash Float | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 |
| **Ending Cash Balance - Bank** | 22,412,464 | 23,226,152 | 23,656,699 | 21,592,103 | 27,738,958 | 25,837,986 | 27,968,785 | 26,073,278 | 27,418,929 | 25,003,427 | 25,861,854 | 23,364,498 | 23,872,490 |
| Projected Float | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 |
| **Key Financials:** | | | | | | | | | | | | | |
| Cash Receipts | 9,023,597 | 8,253,668 | 7,605,547 | 8,541,404 | 8,691,855 | 8,876,403 | 8,900,799 | 8,769,493 | 8,911,651 | 8,646,166 | 8,578,427 | 8,442,644 | 8,388,992 |
| Operating Cash Disbursements | 8,695,000 | 10,675,000 | 7,105,000 | 10,086,000 | 7,325,000 | 9,470,000 | 6,700,000 | 10,195,000 | 7,346,000 | 9,970,000 | 7,200,000 | 10,520,000 | 7,661,000 |
| Non-Operating Cash Disbursements | 463,000 | 1,015,000 | 70,000 | 520,000 | 220,000 | 1,250,000 | 70,000 | 470,000 | 220,000 | 1,000,000 | 520,000 | 420,000 | 220,000 |
| Total Cash Disbursements | 9,158,000 | 11,690,000 | 7,175,000 | 10,606,000 | 7,545,000 | 10,720,000 | 6,770,000 | 10,665,000 | 7,566,000 | 10,970,000 | 7,720,000 | 10,940,000 | 7,881,000 |

CCS Medical, Inc.
Cash Flow Projections

| | Projected 1 | Projected 2 | Projected 3 | Projected 4 | Projected 5 | Projected 6 | Projected 7 | Projected 8 | Projected 9 | Projected 10 | Projected 11 | Projected 12 | Projected 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/10/2009 | 7/17/2009 | 7/24/2009 | 7/31/2009 | 8/7/2009 | 8/14/2009 | 8/21/2009 | 8/28/2009 | 9/4/2009 | 9/11/2009 | 9/18/2009 | 9/25/2009 | 10/2/2009 |
| **Covenant Calculation** | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | |
| 4-Week Cash Receipts* | | 8,253,868 | 15,859,215 | 24,400,619 | 33,092,474 | 33,717,209 | 35,012,461 | 35,240,550 | 35,460,348 | 35,228,109 | 34,905,736 | 34,578,887 | 34,056,228 |
| Cushion (%) | | 30% | 20% | 20% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| 4-Week Cash Receipts - Covenant | | 5,777,567 | 12,687,372 | 19,520,495 | 29,783,227 | 30,345,488 | 31,511,215 | 31,716,495 | 31,914,311 | 31,705,298 | 31,415,163 | 31,120,998 | 30,650,605 |
| Cash Receipt Cushion ($) | | 2,476,100 | 3,171,843 | 4,880,124 | 3,309,247 | 3,371,721 | 3,501,246 | 3,524,055 | 3,546,035 | 3,522,811 | 3,490,574 | 3,457,889 | 3,405,623 |
| **Cash Disbursements** | | | | | | | | | | | | | |
| 4-Week Total Cash Disbursements* | | 11,690,000 | 18,865,000 | 29,471,000 | 37,016,000 | 36,046,000 | 35,641,000 | 35,700,000 | 35,721,000 | 35,971,000 | 36,921,000 | 37,196,000 | 37,511,000 |
| Cushion (%) | | 30% | 20% | 20% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| 4-Week Cash Disbursements - Covenant | | 15,197,000 | 22,638,000 | 35,365,200 | 40,717,600 | 39,650,600 | 39,205,100 | 39,270,000 | 39,293,100 | 39,568,100 | 40,613,100 | 40,915,600 | 41,262,100 |
| Operating Disbursement Cushion ($) | | 3,507,000 | 3,773,000 | 5,894,200 | 3,701,600 | 3,604,600 | 3,564,100 | 3,570,000 | 3,572,100 | 3,597,100 | 3,692,100 | 3,719,600 | 3,751,100 |
| **Ending Cash Balance** | | | | | | | | | | | | | |
| Ending Cash Balance | | 19,126,152 | 19,558,699 | 17,492,103 | 23,638,958 | 21,737,986 | 23,868,785 | 21,973,278 | 23,318,929 | 20,903,427 | 21,761,854 | 19,264,498 | 19,772,490 |
| Cushion ($) | | 5,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 |
| Ending Cash Balance - Covenant | | 13,126,152 | 13,558,699 | 11,492,103 | 17,638,958 | 15,737,986 | 17,868,785 | 15,973,278 | 17,318,929 | 14,903,427 | 15,761,854 | 13,264,498 | 13,772,490 |

*For first four periods, cumulative build begins with week one.
Note: Disbursements exclude cash items from DIP financing.

# CCS Medical, Inc.
## Cash Flow Projections

| | Projected 14 10/9/2009 | Projected 15 10/16/2009 | Projected 16 10/23/2009 | Projected 17 10/30/2009 | Projected 18 11/6/2009 | Projected 19 11/13/2009 | Projected 20 11/20/2009 | Projected 21 11/27/2009 | Projected 22 12/4/2009 | Projected 23 12/11/2009 | Projected 24 12/18/2009 | Projected 25 12/25/2009 | Projected 26 1/1/2010 | Projected Weeks 1-13 Projection | Projected Weeks 14-26 Projection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Medicare | 3,085,945 | 3,086,415 | 3,083,800 | 3,103,233 | 3,403,101 | 3,124,172 | 3,172,170 | 3,239,016 | 3,280,130 | 3,235,010 | 3,172,288 | 2,483,852 | 2,526,840 | 41,163,859 | 39,785,143 |
| Medicaid | 610,398 | 510,476 | 511,697 | 513,257 | 513,236 | 616,721 | 524,658 | 534,715 | 538,207 | 535,064 | 524,678 | 410,666 | 434,465 | 6,606,272 | 6,360,240 |
| Commercial Insurance | 4,146,003 | 4,146,834 | 4,156,556 | 4,169,229 | 4,165,062 | 4,197,390 | 4,251,847 | 4,315,554 | 4,380,023 | 4,346,363 | 4,362,005 | 3,335,875 | 3,528,119 | 55,304,117 | 53,451,795 |
| Patient Pay | 109,932 | 109,949 | 110,212 | 110,548 | 110,543 | 111,294 | 113,064 | 115,385 | 116,137 | 115,245 | 115,245 | 88,451 | 93,577 | 1,466,397 | 1,417,282 |
| Checks | 109,952 | 109,949 | 110,212 | 110,448 | 110,643 | 111,294 | 113,064 | 115,385 | 116,137 | 115,245 | 113,008 | 88,451 | 93,577 | 1,466,397 | 1,417,282 |
| Credit Cards | | | | | | | | | | | | | | | |
| Sanvita | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 470,000 | 6,110,000 | 6,110,000 |
| Other Cash Receipts | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 780,000 | 780,000 |
| **Total Cash Receipts** | 8,382,278 | 8,383,474 | 8,402,266 | 8,426,266 | 8,425,932 | 8,479,546 | 8,501,690 | 8,771,769 | 8,825,497 | 8,761,757 | 8,861,979 | 6,847,845 | 7,214,071 | 111,632,644 | 108,124,461 |
| | | | | | | | | | | | | | | | |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | | |
| Payroll, Related Benefits, Taxes | | | | | | | | | | | | | | | |
| Salary (hourly, overtime, temps) | 2,000,000 | | 2,340,000 | | 2,000,000 | | 2,340,000 | | 2,000,000 | | 2,340,000 | | 2,000,000 | 13,210,000 | 15,200,000 |
| Taxes | 719,000 | 30,000 | 950,000 | 30,000 | 710,000 | 30,000 | 950,000 | 30,000 | 710,000 | 30,000 | 950,000 | 30,000 | 710,000 | 4,970,000 | 5,690,000 |
| Benefits | | | | | | | | | | | | | | | |
| 401K | | 150,000 | | 190,000 | 285,000 | 150,000 | 210,000 | 190,000 | 285,000 | 150,000 | 210,000 | 190,000 | 240,000 | 1,010,000 | 1,020,000 |
| Health, Dental | 210,000 | 230,000 | 210,000 | 210,000 | 130,000 | 210,000 | 10,000 | 210,000 | 100,000 | 210,000 | 10,000 | 210,000 | 10,000 | 3,120,000 | 2,900,000 |
| Life, STD, LTD, Vision, Flex | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 380,000 | 310,000 |
| **Total Payroll, Related Benefits, Taxes** | 2,939,000 | 400,000 | 3,510,000 | 440,000 | 3,105,000 | 400,000 | 3,510,000 | 440,000 | 3,105,000 | 460,000 | 3,510,000 | 440,000 | 2,930,000 | 22,690,000 | 25,120,000 |
| Rent & Facilities | | | | | | | | | | | | | | | |
| Rent | | | 275,000 | 5,000 | | | | 275,000 | 5,000 | | | 275,000 | 5,000 | 843,000 | 843,000 |
| Utilities, Phone | 10,000 | 30,000 | 40,000 | 30,000 | 210,000 | 30,000 | 40,000 | 30,000 | 230,000 | 30,000 | 40,000 | 30,000 | 30,000 | 1,210,000 | 800,000 |
| **Total Rent & Facilities** | 30,000 | 30,000 | 315,000 | 35,000 | 210,000 | 30,000 | 40,000 | 305,000 | 235,000 | 30,000 | 40,000 | 305,000 | 35,000 | 2,053,020 | 1,643,000 |
| Total Vendors (Product Supply) | 6,090,000 | 6,090,000 | 5,140,000 | 5,140,000 | 6,140,000 | 5,140,000 | 6,190,000 | 5,190,000 | 6,190,000 | 5,190,000 | 6,190,000 | 5,190,000 | 5,190,000 | 73,760,000 | 60,070,000 |
| Other Vendors/Expenses | | | | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | | | | |
| Legal | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 650,000 | 650,000 |
| Audit, Tax | | | | | | | | | | | | | | | |
| Capital Expenditures, Excluding Capitalized Pumps | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 1,025,000 | 260,000 |
| Other, net of voids | 750,000 | 600,000 | 600,000 | 700,000 | 760,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 | 7,750,000 | 9,000,000 |
| **Total Other Vendors/Expenses** | 820,000 | 670,000 | 670,000 | 770,000 | 830,000 | 770,000 | 770,000 | 770,000 | 770,000 | 770,000 | 770,000 | 770,000 | 770,000 | 9,425,000 | 9,910,000 |
| **Total Operating Cash Disbursements** | 9,379,000 | 7,190,000 | 10,635,000 | 7,385,000 | 10,276,000 | 7,340,000 | 10,519,000 | 7,705,000 | 10,391,000 | 7,390,000 | 10,510,000 | 7,705,000 | 9,926,000 | 112,848,000 | 116,743,000 |
| **Operating Cash Flows** | (1,497,722) | 1,193,474 | (2,232,734) | 1,040,266 | (1,849,068) | 1,139,546 | (1,908,320) | 1,066,769 | (1,475,503) | 1,371,757 | (1,908,021) | (857,055) | (2,711,929) | (1,315,356) | (8,518,539) |
| | | | | | | | | | | | | | | | |
| **Non-Operating Cash Disbursements** | | | | | | | | | | | | | | | |
| Restructuring Expenses | 500,000 | 370,000 | 70,000 | 220,000 | | | | | 300,000 | | | | | 5,100,000 | 1,190,000 |
| Non Recurring Legal | 300,000 | | | | 300,000 | | | | | | | | | 900,000 | 900,000 |
| Non Recurring Expenses | | | | | | | | | | | | | | 450,000 | |
| Revolving Line of Credit, (Increase) Decrease | | | | | | | | | | | | | | | |
| Term Loan Principal Payment | | | | | | | | | | | | | | | |
| Interest and Fees, Lender | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| **Total Non-Operating Cash Disbursements** | 800,000 | 370,000 | 70,000 | 220,000 | 300,000 | | | | 300,000 | | | | | 6,450,000 | 2,090,000 |
| | | | | | | | | | | | | | | | |
| DIP Financing | | | | | | | | | | | | | | 10,000,000 | |
| Interest and Fees, Lender - DIP/New Financing | 91,667 | | | | 795,833 | | | | | | | | | 801,042 | 897,500 |
| **DIP Cash Receipts/(Disbursements)** | (91,667) | | | | (795,833) | | | | | | | | | 9,098,958 | (897,500) |
| | | | | | | | | | | | | | | | |
| **Net Cash Flow** | (2,379,389) | 823,474 | (2,302,734) | 820,266 | (2,944,901) | 1,139,546 | (1,908,320) | 1,066,769 | (1,775,503) | 1,371,757 | (1,908,021) | (857,055) | (2,711,929) | 1,325,602 | (11,506,039) |
| | | | | | | | | | | | | | | | |
| Opening Cash Balance | 19,772,490 | 17,393,101 | 18,216,575 | 15,913,840 | 16,734,107 | 13,789,206 | 14,928,752 | 13,020,431 | 14,087,201 | 12,311,698 | 13,683,455 | 11,775,434 | 10,918,379 | | |
| Net Cash Flow | (2,379,389) | 823,474 | (2,302,734) | 820,268 | (2,944,901) | 1,139,546 | (1,908,320) | 1,066,769 | (1,775,503) | 1,371,757 | (1,908,021) | (857,055) | (2,711,929) | | |
| **Ending Operating Cash Balance** | 17,393,101 | 18,216,575 | 15,913,840 | 16,734,107 | 13,789,206 | 14,928,752 | 13,020,431 | 14,087,201 | 12,311,698 | 13,683,455 | 11,775,434 | 10,918,379 | 8,206,450 | | |
| | | | | | | | | | | | | | | | |
| Operating Cash Float | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | | |
| | | | | | | | | | | | | | | | |
| **Ending Cash Balance - Bank** | 21,493,101 | 22,316,575 | 20,013,840 | 20,834,107 | 17,889,206 | 19,028,752 | 17,120,431 | 18,187,201 | 16,411,698 | 17,783,455 | 15,875,434 | 15,018,379 | 12,306,450 | | |
| Projected Float | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | 4,100,000 | | |
| | | | | | | | | | | | | | | | |
| **Key Financials:** | | | | | | | | | | | | | | | |
| Cash Receipts | 8,382,278 | 8,383,474 | 8,402,266 | 8,426,266 | 8,425,932 | 8,479,546 | 8,501,680 | 8,771,769 | 8,825,497 | 8,761,757 | 8,861,979 | 6,847,845 | 7,214,071 | | |
| Operating Cash Disbursements | 9,870,000 | 7,190,000 | 10,635,000 | 7,386,000 | 10,275,000 | 7,340,000 | 6,601,680 | 7,705,000 | 10,391,000 | 7,390,000 | 10,510,000 | 7,705,000 | 9,926,000 | | |
| Non-Operating Cash Disbursements | 800,000 | 370,000 | 70,000 | 220,000 | 300,000 | | 10,510,000 | | 300,000 | | | | | | |
| **Total Cash Disbursements** | 10,670,000 | 7,560,000 | 10,705,000 | 7,606,000 | 10,575,000 | 7,340,000 | 10,510,000 | 7,705,000 | 10,691,000 | 7,390,000 | 10,510,000 | 7,705,000 | 9,926,000 | | |

CCS Medical, Inc.
Cash Flow Projections

| | Projected 14 | Projected 15 | Projected 16 | Projected 17 | Projected 18 | Projected 19 | Projected 20 | Projected 21 | Projected 22 | Projected 23 | Projected 24 | Projected 25 | Projected 26 | Projected Weeks 1-13 | Projected Weeks 14-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Covenant Calculation | 10/9/2009 | 10/16/2009 | 10/23/2009 | 10/30/2009 | 11/6/2009 | 11/13/2009 | 11/20/2009 | 11/27/2009 | 12/4/2009 | 12/11/2009 | 12/18/2009 | 12/25/2009 | 1/1/2010 | Projection | Projection |
| **Cash Receipts** | | | | | | | | | | | | | | | |
| 4-Week Cash Receipts* | 33,792,340 | 33,597,388 | 33,557,010 | 33,594,284 | 33,637,938 | 33,734,010 | 33,933,424 | 34,278,927 | 34,678,493 | 34,960,703 | 34,961,003 | 33,037,178 | 31,425,752 | | |
| Cushion (%) | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | | |
| 4-Week Cash Receipts - Covenant | 30,413,106 | 30,237,649 | 30,201,309 | 30,234,856 | 30,274,144 | 30,360,609 | 30,540,082 | 30,851,034 | 31,210,643 | 31,464,633 | 31,464,902 | 29,733,461 | 28,283,177 | | |
| Cash Receipt Cushion ($) | 3,379,234 | 3,359,739 | 3,355,701 | 3,359,428 | 3,363,794 | 3,373,401 | 3,393,342 | 3,427,893 | 3,467,849 | 3,496,070 | 3,496,100 | 3,303,718 | 3,142,575 | | |
| **Cash Disbursements** | | | | | | | | | | | | | | | |
| 4-Week Total Cash Disbursements* | 37,211,000 | 37,051,000 | 36,816,000 | 36,541,000 | 36,446,000 | 36,226,000 | 36,031,000 | 36,130,000 | 36,156,000 | 36,206,000 | 36,206,000 | 36,206,000 | 35,531,000 | | |
| Cushion (%) | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | | |
| 4-Week Cash Disbursements - Covenant | 40,932,100 | 40,756,100 | 40,497,600 | 40,195,100 | 40,090,600 | 39,848,600 | 39,634,100 | 39,743,000 | 39,771,600 | 39,826,600 | 39,826,600 | 39,826,600 | 39,084,100 | | |
| Operating Disbursement Cushion ($) | 3,721,100 | 3,705,100 | 3,681,600 | 3,654,100 | 3,644,600 | 3,622,600 | 3,603,100 | 3,613,000 | 3,615,600 | 3,620,600 | 3,620,600 | 3,620,600 | 3,553,100 | | |
| **Ending Cash Balance** | | | | | | | | | | | | | | | |
| Ending Cash Balance | 17,393,101 | 18,216,575 | 15,913,840 | 16,734,107 | 13,789,206 | 14,928,752 | 13,020,431 | 14,087,201 | 12,311,698 | 13,683,455 | 11,775,434 | 10,918,379 | 8,208,450 | | |
| Cushion ($) | 6,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | | |
| Ending Cash Balance - Covenant | 11,393,101 | 13,216,575 | 10,913,840 | 11,734,107 | 8,789,206 | 9,928,752 | 8,020,431 | 9,087,201 | 7,311,698 | 8,683,455 | 6,775,434 | 5,918,379 | 3,208,450 | | |

*For first four periods, cumulative build begins with week one.
Note: Disbursements exclude cash items from DIP financing.