# SIGN - IN - SHEET

**CASE NAME:** CCS Medical
**CASE NO:** 09-12390 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 8/12/09 @ 3:30 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kurt Mayr and Illia O'Hearn (telephonic) | Bracewell & Giuliani | Second Lien Lenders |
| Marc Phillips | Connolly Bove Lodge & Hutz | Mr. Eric Jolly |
| Michael Reilly | Willkie Farr | Doctors |
| Roger Nitzer | " | " |
| Matthew Luna | YCST | " |
| Ron Gellert | Eckert Seamans | Blue Cross Blue Shield of Florida |
| Richard Schepacarter | USDOJ - OUST | OUST |
| Gregory T. Donilon | Morris Nichols Arsht & Tunnell LLP | Highland Capital |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.