IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                    : Chapter 11
                                         :
CCS Medical, Inc., *et al.*,             : Case No. 09-12390 (CCS)
                                         :
                                         : Jointly Administered
           Debtors.¹                     :
                                         : **Ref. Docket Nos. 144 & 145**
------------------------------------------------------x

**DEBTORS' LIMITED OBJECTION TO MOTION TO SHORTEN NOTICE ON THE MOTION OF THE SECOND LIEN GROUP FOR ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF SECOND LIEN LENDERS**

The lenders holding claims under the Second Lien Credit Agreement dated as of September 30, 2005 (the "Second Lien Group") filed a Motion to Shorten Notice on the Motion of the Second Lien Group for Order Directing the Appointment of an Official Committee of Second Lien Lenders Pursuant to Bankruptcy Code § 1102(a)(2) ("Motion to Shorten Notice") on August 14, 2009 [Docket No. 145].

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") have no objection the Motion to Shorten Notice, provided that the Second Lien Group responds by noon on August 18, 2009 to Debtors' First Set of Requests for Production of Documents Directed to the Second Lien Group ("Document Requests"), which is attached hereto as Exhibit A and was served upon the Second Lien Group on August 16, 2009.

---

¹ If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) CCS Acquisition Holding-Sub Corporation (6272); (ii) CCS Medical Holdings, Inc. (6268); (iii) CCS Medical, Inc. (6264); (iv) CCS Star, LLC (N/A); (v) Chronic Care Solutions, Inc. (7604); (vi) DEGC Enterprises (U.S.), Inc. (1823); (vii) KeyMed, Inc. (1442); (viii) Medical Express Depot, Inc. (3507); (ix) Medical Holdings, Inc. (2975); (x) Medship Direct, Inc. (6328); (xi) MedStar Diabetic Supply, LP (5060); (xii) MP TotalCare, Inc. (6364); (xiii) MP TotalCare Medical, Inc. (7392); (xiv) MP TotalCare Services, Inc. (4513); (xv) MP TotalCare Supply, Inc. (2983); (xvi) MPTC Holdings, Inc. (1467); (xvii) Sanvita, Inc. (1766); (xviii) Secure Care Medical, Inc. (0803); (xix) TotalCare Wholesale, Inc. (1760). The Debtors' executive headquarters are located at 14255 49th Street North, Suite 301, Clearwater, FL 33762.

The Document Requests are narrowly tailored to allow Debtors to respond to the factual allegations set forth in the Motion of the Second Lien Group for Order Directing the Appointment of an Official Committee of Second Lien Lenders ("Motion for Appointment") [Docket No. 144]. To the extent that the Second Lien Group fails to respond to Debtors' Document Requests in a timely or complete manner, the Debtors intend to contest the filing of the Motion for Appointment at the hearing before this court on August 20, 2009, on the grounds that Debtors have not been afforded sufficient discovery to respond to the allegations in the Motion for Appointment.

The Debtors further request that the deadline for objecting to the Second Lien Group's Motion for Appointment be set at 9:00 AM on August 20, 2009, as opposed to noon on August 19, 2009 as proposed by the Second Lien Group, in order to provide the Debtors with time to review the responses to the Debtors' Document Requests.

Dated: Wilmington, Delaware
August 16, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

- and –

WILLKIE FARR & GALLAGHER LLP
Michael J. Kelly
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Co-Counsel for Debtors and Debtors-in-Possession

# EXHIBIT A