## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CCS MEDICAL, INC., <u>et al.</u> | Case No 09-12390 (CSS) |
| Debtors. | Jointly Administered |
| | **Ref. Nos. 144 and 145** |

## ORDER GRANTING MOTION TO SHORTEN NOTICE ON THE MOTION OF THE SECOND LIEN GROUP FOR ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF SECOND LIEN LENDERS PURSUANT TO BANKRUPTCY CODE § 1102(a)(2)

Upon consideration of the Motion to Shorten (the "<u>Motion to Shorten</u>") the Motion (the "<u>Appointment Motion</u>") for entry of an Order compelling the United States Trustee (the "<u>UST</u>") to appoint an official committee of Second Lien Lenders (the "<u>Second Lien Committee</u>") in the above-captioned Chapter 11 cases (collectively, the "<u>Debtors</u>") pursuant to Federal Rule of Bankruptcy Procedure 9006 and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"); and the Court having determined that granting the Motion to Shorten is in the best interest of these Chapter 11 cases; and it appearing that due and adequate notice of this Motion to Shorten and the Appointment Motion has been given, and that no further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion to Shorten is GRANTED;

2. A hearing on the Appointment Motion will be held on August 20, 2009 at 10:30 a.m. (ET);

3. Any response to the Appointment Motion must be filed by August 19, 2009 at 12:00 p.m. and served on counsel to the Second Lien Group so as to be received by that date and time;

4. The Court shall retain jurisdiction over any and all matters arising from or

related to the implementation or interpretation of this Order.

5. Any issues relating to discovery will be addressed at hearing. Court reserves right to continue hearing.

Date: August 7, 2009

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge