# **EXHIBIT C**

Proposed APA Order

TO BE FILED IN ADVANCE OF SALE HEARING