IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                           :      Chapter 11
                                                :
CCS Medical, Inc., et al.,                      :      Case No. 09-12390 (CSS)
                                                :
                      Debtors.[1]               :      Jointly Administered
                                                :
------------------------------------------------------------x

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 17, 2010 AT 9:30 A.M.

### ADJOURNED MATTER

1. Motion to Reconsider Order Denying Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization and for Related Relief [D.I. 550, 11/5/09]

   Objection Deadline: November 24, 2009 at 4:00 p.m.

   Objections/Responses Filed: None.

   Status: This matter is adjourned to March 4, 2010 at 9:00 a.m.

### CONTESTED MATTERS – GOING FORWARD

2. Debtors' Motion for Orders: (I) Authorizing Debtors to Pay (A) Prepetition Employee Wages, Salaries and Other Compensation, (B) Prepetition Employee Business Expenses, and (C) Other Miscellaneous Employee Expenses and Employee Benefits; (II) Authorizing the Debtors to Satisfy Certain Bonus Obligations to Employees; and (III) Granting Related Relief [Docket No. 11, 7/8/09]

---

[1] If applicable, the last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) CCS Acquisition Holding-Sub Corporation (6272); (ii) CCS Medical Holdings, Inc. (6268); (iii) CCS Medical, Inc. (6264); (iv) CCS Star, LLC (N/A); (v) Chronic Care Solutions, Inc. (7604); (vi) DEGC Enterprises (U.S.), Inc. (1823); (vii) KeyMed, Inc. (1442); (viii) Medical Express Depot, Inc. (3507); (ix) Medical Holdings, Inc. (2975); (x) Medship Direct, Inc. (6328); (xi) MedStar Diabetic Supply, LP (5060); (xii) MP TotalCare, Inc. (6364); (xiii) MP TotalCare Medical, Inc. (7392); (xiv) MP TotalCare Services, Inc. (4513); (xv) MP TotalCare Supply, Inc. (2983); (xvi) MPTC Holdings, Inc. (1467); (xvii) Sanvita, Inc. (1766); (xviii) Secure Care Medical, Inc. (0803); (xix) TotalCare Wholesale, Inc. (1760). The Debtors' executive headquarters are located at 14255 49th Street North, Suite 301, Clearwater, FL 33762.

[2] Revisions are in **bold** print.

Related Pleadings:

    A.    Order Authorizing Debtors to Pay (A) Prepetition Employee Wages, Salaries and Other Compensation, (B) Prepetition Employee Business Expenses, and (C) Other Miscellaneous Employee Expenses and Employee Benefits [D.I. 34, 7/9/09]

    B.    Notice of Hearing to Consider Entry of Order Authorizing the Debtors to Satisfy Certain Bonus Obligations to Employees [D.I. 52, 7/10/09]

    C.    Debtors' Motion for Leave to File Debtors' Reply in Support of Motion of the Debtors for Order Authorizing Debtors to Satisfy Certain Bonus Obligations [D.I. 133, 8/11/09]

    D.    Affidavit of Stephen M. Saft In Support of Motion [D.I. 138, 8/12/09]

    E.    Order Authorizing the Debtors to Satisfy Certain Bonus Obligations to Employees [D.I. 207, 8/25/09]

    **F.**    **Declaration of John Miclot in Support of Debtors' Motion for an Order Authorizing the Debtors to Satisfy Certain Bonus Obligations to Employees [D.I. 812, 2/16/10]**

Objection Deadline: July 20, 2009 at 4:00 p.m. (Extended to August 11, 2009 at 11:00 a.m. for the United States Trustee)

Objections/Responses Filed:

    A.    Acting United States Trustee's Objection [D.I. 124; 8/10/09]

Status: **Based upon the submission of the Declaration of John Miclot in Support of Debtors' Motion, the United States Trustee has advised the Debtors that its objection has been resolved. This matter is going forward with respect to the Management Bonuses (as defined in the Motion). The remainder of the relief requested has been approved by the Court.**

3.    Motion of Kathleen Scheibel for Relief from the Automatic Stay and/or Plan Injunctions [D.I. 655, 12/30/09]

Related Pleadings:

    A.    Stipulated Order Adjourning Hearing [D.I. 729, 1/27/10]

Objection Deadline: January 25, 2010 at 4:00 p.m. [Extended for the Debtors to February 15, 2010 at 9:00 a.m.]

Objections/Responses Filed:

    **A.**    **Debtors' Objection [D.I. 801, 2/15/10]**

Status: This matter is going forward.

4. Debtors' Motion for Entry of an Order (i) Either (A) Authorizing and Approving Sale of Substantially all of Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to Section 363 of the Bankruptcy Code and Authorizing and Approving the Assumption and Assignment and Sale of Certain Executory Contracts and Unexpired Leases in Connection With Such Sale; or (B) Authorizing and Approving the Debtors' Entry Into a Stock Purchase Agreement Providing for the Sale of the New Common Stock of the Reorganized Debtors to Purchaser Pursuant to a Plan; and (ii) Granting Related Relief [D.I. 734, 1/27/10]

   Related Pleadings:

   A. Order (A) Establishing Procedures To Determine Cure Amounts And Deadlines For Objections To The Assumption And Assignment Of Certain Of The Debtors' Contracts And Leases And (B) Granting Related Relief [D.I. 668, 1/7/10]

   B. Notice of Debtors' Intent to Assume or Assume and Assign Certain Unexpired Leases and Executory Contracts and Fixing of Cure Amounts [D.I. 679, 1/13/10]

   C. First Supplemental Notice of Debtors' Intent to Assume or Assume and Assign Certain Unexpired Leases and Executory Contracts and Fixing of Cure Amounts [D.I. 733, 1/27/10]

   D. Second Supplemental Notice of Debtors' Intent to Assume or Assume and Assign Certain Unexpired Leases and Executory Contracts and Fixing of Cure Amounts [D.I. 785, 2/8/10]

   Sale Motion Objection Deadline: February 12, 2010 at 12:00 Noon (ET)

   Sale Motion Objections/Responses Filed to:

   A. Limited Objection by Minimed Distribution [D.I. 755, 2/2/10]

   B. Oracle's Opposition and Rights Reservation to Debtors' Motion [D.I. 784, 2/8/10]

   C. Second Lien Group's Statement Regarding Reservation of Rights [D.I. 796, 2/12/10]

   Cure/Assumption Objection Deadline: February 10, 2010 at 4:00 p.m. (ET) [February 16, 2010 at 4:00 pm. (ET) with respect to the Second Supplemental Notice]

Cure/Assumption Objections/Responses Filed:

    A.    Reservation of Rights Of The J&J Entities With Respect To Debtors' Notice Of Intent To Assume And Assign [D.I. 786, 2/9/10]

    B.    Objection to Updated Cure Amount by Verizon Business Global LLC [D.I. 787, 2/9/10]

    C.    Joint Objection of Caremark Entities to Notice of Debtors' Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing Cure Amounts [D.I. 790, 2/9/10]

    D.    Objection of AmerisourceBergen Drug Corporation to Treatment Proposed in Notice of Debtors' Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing Cure Amounts [D.I. 791, 2/10/10]

    E.    Reservation of Rights with Respect to Debtors' Notice of Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing of Cure Amounts by Bayer Healthcare LLC, Diabetes Care [D.I. 792, 2/10/10]

    F.    Minimed Distribution Corp.'s Objection to Cure Amount **[D.I. 798, 2/12/10]]**

Status: **This matter is going forward solely as a status conference.**

Dated: Wilmington, Delaware
February 16, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s Matthew B. Lunn*
Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WILLKIE FARR & GALLAGHER LLP
Michael J. Kelly
Lauren C. Cohen
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Co-Counsel for the Debtors and Debtors in Possession