# EXHIBIT A

CCS Medical Holdings, Inc.
CCS Acquisition Holding-Sub Corporation
CCS Medical, Inc.
CCS Star, LLC
Chronic Care Solutions, Inc.
DEGC Enterprises (U.S.), Inc.
KeyMed, Inc.
Medical Express Depot, Inc.
Medical Holdings, Inc.
Medship Direct, Inc.
MedStar Diabetic Supply, LP
MP TotalCare Medical, Inc.
MP TotalCare Services, Inc.
MP TotalCare Supply, Inc.
MP TotalCare, Inc.
MPTC Holdings, Inc.
Sanvita, Inc.
Secure Care Medical, Inc.
TotalCare Wholesale, Inc.