# EXHIBIT C

TERM SHEET FOR THE REORGANIZED SECOND LIEN TERM LOAN FACILITY

# EXHIBIT C – REORGANIZED SECOND LIEN TERM LOAN FACILITY

| | |
|---|---|
| *Borrower* | Reorganized CCS Medical, Inc., a Delaware corporation (the "Borrower," "CCS," or the "Company"). |
| *Guarantors* | Each of the Borrower's direct and indirect wholly-owned domestic subsidiaries (collectively, the "Guarantors"; the Borrower and the Guarantors, collectively, the "Loan Parties"). |
| *Lenders* | The First Lien Lenders (collectively in such capacity, the "Second Lien Term Lenders"). |
| *Collateral* | Subject to the DIP Roll Option, if exercised, the obligations of the Loan Parties in respect of the Reorganized Second Lien Term Loan Facility shall be secured by (1) a second priority, perfected security interest in the Term Loan Facility Collateral and (2) a third priority, perfected security interest in the Revolving Credit Facility Collateral. |
| *Amount* | $50 million Second Lien Term Loan ("Second Lien Term Loan"). |
| *Final Maturity* | Sixth anniversary of the Effective Date (the "Term Loan Maturity Date"). |
| *Interest* | Three or six month LIBOR + 800 bps, (3.0% LIBOR Floor), or Base Rate + 700 bps (Base Rate Floor equal to 3-month LIBOR + 1.0%), at the option of the Borrower, payable quarterly. |
| | The Borrower will be required to pay, in cash, the amount of interest accrued at LIBOR (with a floor of 300 basis points) (the "Cash Pay Amount"). Any interest above the Cash Pay Amount shall be added, on the relevant interest payment date, to the amount outstanding under the Reorganized Second Lien Term Loan Facility (any amount so added, a "PIK Payment") and shall thereafter bear interest as set forth above; provided, however, that the Borrower may elect, subject to the restrictions on making such election contained in the Reorganized First Lien Term Loan Facility, to pay interest above the Cash Pay Amount in cash. Interest on the Second Lien Term Loan shall be calculated on the basis of the actual number of days elapsed over (a) in the case of LIBOR Loans, a 360-day year, and (b) in the case of Base Rate Loans, a 365- or 366-day year, as the case may be. |
| | During the continuance of any payment or bankruptcy default under the Reorganized Second Lien Term Loan Facility documentation, to the extent permitted by applicable law, all amounts (whether principal, interest or otherwise) owing under thereunder shall bear interest at a rate per annum equal to 2.00% in excess of the applicable interest rate (including the applicable margin). |
| *Voluntary Prepayments* | Following the repayment in full of the First Lien Term Loan Facility, the Second Lien Term Loans may be prepaid at any time at the option of the Borrower, upon notice and in a minimum principal amount and in multiples to be agreed upon. In the event that such prepayment is the result of refinancing of the Second Lien Term Loans, then such prepayment shall be |

|  |  |
|---|---|
|  | accompanied by a prepayment premium in an amount equal to 5.0% of the principal amount prepaid if prepaid during the first year following the Effective Date, 3.0% of the principal amount prepaid if prepaid during the second year following the Effective Date and 1.0% of the amount prepaid if prepaid during the third year following the Effective Date (in addition to, in the case of LIBOR borrowings, breakage costs related to prepayments not made on the last day of the relevant interest period). |
| *Scheduled Amortization* | None |
| *Mandatory Prepayments* | Following the payment in full of the Reorganized First Lien Term Loan Facility, the Reorganized Second Lien Term Loan Facility will be required to be prepaid by an amount equal to:<br><br>(1) 100% of the after tax net cash proceeds of asset sales and other asset dispositions by the Borrower or any of its subsidiaries, subject to usual and customary exclusions and reinvestment rights;<br><br>(2) 100% of the after tax net cash insurance or condemnation proceeds, subject to usual and customary exclusions and reinvestment rights; and<br><br>(3) 100% of the net cash proceeds of the issuance or incurrence of debt (other than permitted debt) by the Borrower or any of its subsidiaries. |
| *Conditions Precedent* | The Reorganized Second Lien Term Loan Facility shall be subject to certain conditions precedent customary provisions for financings of this type, including entry into a customary intercreditor agreement reasonably satisfactory to the parties thereto. |
| *Representations and Warranties* | The Reorganized Second Lien Term Loan Facility shall contain representations and warranties customary for financings of this type. |
| *Affirmative Covenants* | The Reorganized Second Lien Term Loan Facility shall contain representations and warranties customary for financings of this type. |
| *Negative Covenants* | The Reorganized Second Lien Term Loan Facility shall contain negative covenants customary for financings of this type, including the following (subject to the carveouts set forth below and others to be negotiated):<br><br>• limitations on indebtedness, subject to carveouts including for the New Revolving Credit Facility, the Reorganized First Lien Term Loan Facility, up to $5.5 million of purchase money indebtedness and capital leases, $5.5 million of additional unsecured indebtedness, $5.5 million of unsecured subordinated indebtedness and a customary basket for debt of acquired entities (with recourse limited to the acquired entities);<br><br>• limitations on liens, subject to carveouts including for (1) liens securing permitted capital leases and purchase money indebtedness and (2) other liens securing indebtedness not in excess of $2.5 million;<br><br>• limitations on investments, subject to carveouts including general basket for investments not to exceed $8.5 million;<br><br>• limitations on acquisitions, subject to carveouts including for |

|  |  |
|---|---|
|  | - Permitted Business Acquisitions (to be defined) if pro forma Net Leverage Ratio (to be defined) ≤ maximum level acceptable to the Debtors and the Required Consenting Lenders;<br><br>▫ limitations on sales, transfers, leases and other dispositions of assets outside the ordinary course of business, subject to carveouts including for transactions in which the (a) gross proceeds of such sales, transfers, leases or other dispositions of assets shall not exceed $8.5 million in the aggregate since the Effective Date and (b) consideration for which is at least 75% cash or cash equivalents; and<br><br>▫ limitations on cash dividends and stock repurchases, subject to carveouts including for stock repurchases from management, etc. not to exceed $1.5 million per fiscal year. |
| *Events of Default* | The Reorganized Second Lien Term Loan Credit Facility shall contain certain Events of Defaults (with grace periods and thresholds to be agreed) typical for facilities of this type, including, but not limited to: nonpayment; breach of representation or warranty; failure to perform or observe of covenants and obligations; default on other indebtedness in a principal amount exceeding an amount to be specified; unsatisfied judgments exceeding an amount to be specified; bankruptcy or insolvency; ERISA; change of control; and loss of validity, priority or enforceability, or impairment, of any Second Lien Term Loan Credit Facility documentation or Second Lien Facility Collateral impacting a substantial portion of the assets of the Borrower and its subsidiaries taken as a whole. |
| *Conditions Precedent* | The Reorganized Second Lien Term Loan Facility shall be subject to certain conditions precedent customary provisions for financings of this type, including entry into a customary intercreditor agreement reasonably satisfactory to the parties thereto. |
| *Closing Date* | The Reorganized Second Lien Term Loan Facility shall become effective as of the date (the "**Closing Date**") which shall be the same date as the Effective Date. |
| *Required Lenders* | "Required Lenders" shall be defined as Second Lien Term Lenders holding more than 55% of the aggregate outstanding amount of Second Lien Term Loans and at a minimum shall include three unaffiliated Second Lien Term Lenders; provided that if no Second Lien Term Lender owns (together with its affiliates) at least 30% of the aggregate outstanding amount of Second Lien Term Loans, then "Required Lenders" shall mean Second Lien Term Lenders holding more than 50% of the aggregate outstanding amount of Second Lien Term Loans. No amendment or waiver fee shall be paid by the Loan Parties to any Second Lien Term Lender for its consent unless such fee shall have been offered to all Second Lien Term Lenders on the same terms. |
| *Governing Law and Forum* | State of New York. |
| *Assignments* | Lenders shall be entitled to assign Reorganized Second Lien Term Loans with the consent of the Borrower, which consent may only be withheld on account of reasonable competitive considerations relating to the proposed |

|  | assignee or its affiliates. Lenders shall be entitled to assign such Second Lien Term Loans to other Lenders and to their affiliates without the consent of the Borrower. |
|---|---|
| *Waiver of Trial by Jury* | All parties to the Reorganized Second Lien Term Loan Facility documentation will waive the right to trial by jury. |
| *DIP Roll Option* | If the DIP Roll Option (as defined in the Plan) is exercised, the terms of the Second Lien Term Loan Facility shall be deemed to have been modified to include the terms of the DIP Roll Option, as applicable. |
| *Miscellaneous* | The Reorganized Second Lien Term Loan Facility shall contain other usual and customary provisions for facilities of this type. |