## EXHIBIT 2

PREPETITION CORPORATE ORGANIZATIONAL CHART

# The Debtors' Organizational Structure

